# Exhibit A




Press Release | November 5, 2026

**WASHINGTON, D.C.,** – It is with profound sadness that International Rights Advocates (IRAdvocates) announces the passing of Terrence “Terry” Collingsworth, 70, the organization’s founder and Executive Director on October 27th, 2026 after he was diagnosed with cancer in August. Terry spent over three decades fighting for workers, children, and vulnerable

communities around the world, paving the way for a generation of human rights lawyers and activists.

Terry was born and raised in Willoughby, Ohio, a suburb of Cleveland. While studying at Lakeland Community College and Cleveland State University, he worked as an overhead crane operator at a copper mill, which sparked his interest in workers' rights. He went on to attend Duke University School of Law, where he graduated *summa cum laude* and Order of the Coif.





Terry began his legal career working at a large law firm, but left after winning a grant to study labor conditions in South Asia. He helped garment workers organize and form a union in Malaysia, and assisted in the founding of GoodWeave, a non-profit that works to remove child laborers from textile and garment supply chains and offers schooling to former child laborers. He later served as general counsel for the International Labor Rights Forum. In 2007, he founded International Rights Advocates.

**Terry dreamed of a world free of exploitation, slave labor, and child labor.** He believed in the Quaker ethic of letting one's life speak, and worked to help those harmed by globalization, rather than turning a blind eye. More than anything, he cared about accountability and giving the voiceless a voice. He represented children and laborers who faced abuse in supply chains all over the world: children mining cobalt in the Democratic Republic of Congo, enslaved laborers on coffee plantations in Brazil, union leaders in Colombia, child laborers harvesting cocoa in Ghana. He was a strategic litigator who used an arsenal of tactics to bring justice to the people he represented.

Beyond legal advocacy, Terry mentored many people all over the world. He built coalitions not just with like-minded activists and litigators in the United States, but also leaders in the communities where he worked. Through the entirety of his career, he challenged some of the world's biggest and most powerful corporations in an unyielding pursuit





of justice. The many beautiful messages his family has received from his friends and those he worked with are a testament to the impact he has had on so many people.

"He was fiercely loyal, hopelessly optimistic, and approached his often difficult and heartbreaking work with relentless determination," said Charity Ryerson, founder and Executive Director of Corporate Accountability Lab.

Outside of his work, Terry was an adventurous hiker and a voracious reader. He is survived by his wife, artist Sufie Berger, and two children, Alexander and Camilla Collingsworth.





Terry touched so many people across the human rights community through his work and optimism.

All of us at International Rights Advocates share in the grief of his loss and we extend our deepest condolences to his family. We honor his incredible legacy by carrying his fight for justice forward. IRAdvocates's legal team will continue all pending cases.

# Read & Listen

Prior to his passing, Terry sat down with Bama Athreya, lifelong advocate for gender equality, child rights, and economic and social justice, and discussed his work and career path on The Mothership Podcast. You can listen to the episode here:



**R IMMEDIATE RELEASE**

International Rights Advocates Mourns the Passing of Founder Terrence Collingsworth

*rence P. Collingsworth outside the U.S. Court of Appeals for the Federal Circuit, 2026. Photo court of International Rights Advocates.*

vember 5, 2026

**WASHINGTON, D.C.,** – It is with profound sadness that International Rights Advocates Advocates) announces the passing of Terrence "Terry" Collingsworth, 70, the organization's founde Executive Director on October 27th, 2026 after he was diagnosed with cancer in August. Terry spe r three decades fighting for workers, children, and vulnerable communities around the world, paving way for a generation of human rights lawyers and activists.

Terry was born and raised in Willoughby, Ohio, a suburb of Cleveland. While studying at eland Community College and Cleveland State University, he worked as an overhead crane operato copper mill, which sparked his interest in workers' rights. He went on to attend Duke University ool of Law, where he graduated *summa cum laude* and Order of the Coif.

Terry began his legal career working at a large law firm, but left after winning a grant to study r conditions in South Asia. He helped garment workers organize and form a union in Malaysia, and sted in the founding of GoodWeave, a non-profit that works to remove child laborers from textile a ment supply chains and offers schooling to former child laborers. He later served as general counsel the International Labor Rights Forum. In 2007, he founded International Rights Advocates.

Terry dreamed of a world free of exploitation, slave labor, and child labor. He believed in the ker ethic of letting one's life speak, and worked to help those harmed by globalization, rather than ing a blind eye. More than anything, he cared about accountability and giving the voiceless a voice. represented children and laborers who faced abuse in supply chains all over the world: children

Hear from Terry

Click for Official Press Release

Home

About

Our Impact

Join Us

News

## Stay in the loop

Sign up with your email address to receive news and updates.

First Name

Last Name

Email Address

Sign Up

We do not share or sell any data we collect through our Newsletter.

Copyright © 2022 International Rights Advocates. All rights reserved.

/* Announcement bar */ .sqs-announcement-bar {